Case 04-74659   Doc 21   Filed 01/06/09   Entered 01/06/09 08:53:24   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  STEPHEN J. BENDA                                    Case Number: 04-74659
        19941 MATHEW ROAD
        MORRISON, IL  61270               SSN-xxx-xx-0074

                                                    Case filed on:      9/17/2004
                                                    Plan Confirmed on:  12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $60,000.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GMAC MORTGAGE | 0.00 | 0.00 | 47,363.18 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 47,363.18 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 999 | STEPHEN J. BENDA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 300.00 | 300.00 | 300.00 | 5.30 |
|  | Total Secured | 300.00 | 300.00 | 300.00 | 5.30 |
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LVNV FUNDING LLC | 1,222.97 | 1,222.97 | 291.76 | 0.00 |
| 004 | SMC | 4,106.79 | 4,106.79 | 979.74 | 0.00 |
| 005 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITICORP CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 8,197.75 | 8,197.75 | 1,955.70 | 0.00 |
| 010 | ESTATE RECOVERIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 5,468.30 | 5,468.30 | 1,304.55 | 0.00 |
| 012 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WELLS FARGO CARD SERVICES | 6,780.44 | 6,780.44 | 1,617.57 | 0.00 |
| 017 | WEST SUBURBAN BANK | 7,868.05 | 7,868.05 | 1,877.04 | 0.00 |
| 018 | WELLS FARGO FINANCIAL | 3,838.31 | 3,838.31 | 915.69 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 3,501.82 | 3,501.82 | 835.41 | 0.00 |
|  | Total Unsecured | 40,984.43 | 40,984.43 | 9,777.46 | 0.00 |
|  | Grand Total: | 42,984.43 | 42,984.43 | 59,140.64 | 5.30 |

Total Paid Claimant:    $59,145.94
Trustee Allowance:      $854.06            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    23.86           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan